IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TYANA CHANDLER, | : |
| *Plaintiff*, | : Case No. 1:25-cv-00231 |
| vs. | : Judge Jeffery P. Hopkins |
| PRINCETON CITY SCHOOL DISTRICT, *et al.*, | : |
| *Defendants*. | : |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation (Doc. 28) issued by Chief Magistrate Judge Stephanie K. Bowman on January 15, 2026. The Magistrate Judge recommends that Plaintiff's Complaint be dismissed for lack of prosecution. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Court **DISMISSES** Plaintiff's Complaint for lack of prosecution and all pending motions (Docs. 6, 7, 10, 15, 18, 19, 20, 21, 22, 23) are **DENIED** as **MOOT**. Accordingly, the Clerk is directed to terminate the case.

**IT IS SO ORDERED.**

<u>January 30, 2026  </u>

                                                  Jeffery P. Hopkins
                                                  United States District Judge